UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HECTOR GARCIA, DENNIS GEORGATOS, and NATHALY ZAPATA-CHICA,<br><br>Plaintiffs,<br><br>v.<br><br>MASCOTT CORPORATION d/b/a/ MARKERS RESTAURANT and STEPHEN PARKER,<br><br>Defendants. | Civil Action No.<br><br>16-9027 (SDW) (LDW)<br><br>**60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

The parties having come before the undersigned for an in-person settlement conference on March 12, 2018, and having reached a settlement in principle,

**IT IS, on this 12th day of March 2018,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

_Leda D. Wettre_
Leda Dunn Wettre
United States Magistrate Judge